1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. | NO. C 07 3206 BZ |
| Plaintiff, | MOTION FOR ENTRY OF DEFAULT |
| vs. | |
| PACIFIC CONVENTION SERVICES, INC., a corporation; doing business as PACIFIC CONVENTION SERVICES | |
| Defendant. | |

To the Clerk of the United States District Court for the Northern District of California:

You will please enter the default of defendant, PACIFIC CONVENTION SERVICES, INC., a corporation; doing business as PACIFIC CONVENTION SERVICES, for failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: August 8, 2007                    ERSKINE & TULLEY


                                         By:  /s/ Michael J. Carroll
                                              MICHAEL J. CARROLL
                                              Attorney for Plaintiff

**MOTION FOR ENTRY OF DEFAULT**                    1