1 | ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
3 | San Francisco, CA  94104
Telephone:  (415) 392-5431
4 | Facsimile:  (415) 392-1978

5 | Attorneys for Plaintiff

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | NORTHWEST ADMINISTRATORS, INC            )        NO. C 07 3206 BZ
                                         )
12 |                      Plaintiff,          )        DECLARATION OF MICHAEL J.
                                         )        CARROLL  IN  SUPPORT   OF
13 |         vs.                              )        MOTION   FOR   ENTRY   OF
                                         )        DEFAULT
14 | PACIFIC CONVENTION SERVICES, INC., a      )
corporation; doing business as PACIFIC      )
15 | CONVENTION SERVICES                      )
                                         )
16 |                                          )
                         Defendant.          )
17 |                                          )
_____ )

18

19 |             I, MICHAEL J. CARROLL, declare:

20 |             1.  I am duly admitted to practice law before all of the courts of the State of California

21 | and in the United States District Court, Northern District of California.  I am one of the attorneys for

22 | plaintiff in this action.  I have personal knowledge of the facts stated herein and if called as a witness,

23 | I could competently testify as follows:

24 |             2.  The complaint and summons in this action were served on defendant, PACIFIC

25 | CONVENTION SERVICES, INC., a corporation; doing business as PACIFIC CONVENTION

26 | SERVICES, on July 16, 2007 as appears from the proofs of service of said summons e-filed with the

27 | Court.

28 |             3.  The time within which the defendant  may answer or otherwise move as to the

1    complaint has expired, defendant has not answered or otherwise moved and the time for defendant to

2    answer or otherwise move has not been extended.

3         I declare under penalty of perjury that the foregoing is true and correct.

4         Executed on August 8, 2007 at San Francisco, California.

5

6                                         /s/ Michael J. Carroll
                                         MICHAEL J. CARROLL

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**

     I am a citizen of the United States and employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220   Montgomery Street,  Suite 303,  San Francisco,  California   94104.  On August 8, 2007 I served the within **MOTION FOR ENTRY OF DEFAULT, DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT and PROPOSED NOTICE OF ENTRY OF DEFAULT** on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

```
Susan Rogers
Pacific Convention Services
987 Del Ganado Road
San Rafael, CA 94903
```

     I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

     Executed on August 8, 2007 at San Francisco, California.

                    /s/   Sharon Eastman
                    Sharon Eastman