ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. | NO. C 07 3206 BZ |
| Plaintiff, | PROPOSED NOTICE OF ENTRY OF DEFAULT |
| vs. | |
| PACIFIC CONVENTION SERVICES, INC., a corporation; doing business as PACIFIC CONVENTION SERVICES, | |
| Defendant.. | |

      IT IS HEREBY NOTICED that the default of defendant, PACIFIC CONVENTION SERVICES, INC., a corporation; doing business as PACIFIC CONVENTION SERVICES, has been entered by the Clerk of the Court on _____.

Date:_____                    Richard W. Wieking, Clerk


                                                          By: _____
                                                                 Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**                 1