**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  415.522.2000

August 13, 2007

**RE:  NORTHWEST ADMINISTRATORS, INC. -v-  PACIFIC CONVENTION SERVICES, INC., Case Number C-07-3206-BZ**

**Default** is *entered* as to *Defendant Pacific Convention Services, Inc., a corporation, doing business as Pacific Convention Services*  on  August 13, 2007.

RICHARD W. WIEKING, Clerk

by:  Thelma Nudo
     Deputy Clerk

NDC TR-4  Rev. 3/89