LAW OFFICES OF
## ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

September 6, 2007

Magistrate Judge Zimmerman
United States District Court
Courtroom G. 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  Northwest Administrators, Inc.
     vs. Pacific Convention Services, Inc.
     United States District Court, Action No. C 07 3206 BZ

Dear Magistrate Judge Zimmerman,

Confirming a message I left for Mrs. Scott, in view of the default entered against the only defendant in this case, and the need to prepare a motion we request that the October 15, 2007 Case Management Conference go off calendar and the matter be set for October 31, 2007.

Yours very truly,

Michael J. Carroll

MJC/se

cc:  Susan Rogers
     Pacific Convention Services
     987 Del Ganado Road
     San Rafael, CA 94903