1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11  NORTHWEST ADMINISTRATORS,    )
    INC.,                        )
12                               )       No. C07-3206 BZ
              Plaintiff(s),      )
13                               )
        v.                       )       SCHEDULING ORDER
14                               )
    PACIFIC CONVENTION SERVICES,)
15  INC.,                        )
                                 )
16            Defendant(s).      )
17  _____)

18      TO ALL PARTIES AND COUNSEL OF RECORD:

19      By letter dated September 6, 2007, plaintiff requested

20  that the Court set for October 31, 2007 a hearing on its

21  forthcoming motion for default judgment.  The Clerk having

22  entered default against defendant, **IT IS HEREBY ORDERED** that

23      1) By **Wednesday, September 19, 2007**, plaintiff will

24  accept or decline magistrate judge jurisdiction in writing.

25      2) Plaintiff will file its motion for default judgment by

26  no later than **September 26, 2007**;

27      3) If plaintiff's motion is timely filed, a hearing on

28  the motion is set for **Wednesday, October 31, 2007, at 10:00**

                                 1

1  **a.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San

2  Francisco, California, 94102.

3       4) The Case Management Conference currently set for

4  October 15, 2007 is **VACATED**.

5       Plaintiff should be prepared to prove all damages by

6  competent testimony or other admissible evidence.  If

7  plaintiff intends to prove facts by affidavits or

8  declarations, the affiant or declarant should have personal

9  knowledge of all matters to which she testifies.  For all

10 evidence, proper foundations must be established.  For an

11 explanation of the evidentiary requirements for proving

12 damages in a default case, the parties are encouraged to

13 consult Chapter Six of <u>Civil Procedure Before Trial</u> by William

14 W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

15      Defendant should attend the hearing if it contests the

16 validity or amount of plaintiff's claim.  Seven (7) days

17 before the hearing, on **Wednesday, October 24, 2007**, plaintiffs

18 shall file with the Clerk of the Court, and deliver directly

19 to chambers, a declaration setting forth in detail all steps

20 taken to locate defendant and serve him with this order.  If

21 defendant actually received this order, plaintiff's affidavit

22 should so state, including plaintiff's basis for this

23 knowledge.

24 Dated:  September 7, 2007

25                        _____

26                             Bernard Zimmerman
                            United States Magistrate Judge

27

G:\BZALL\-BZCASES\NORTHWEST ADMINISTRATORS\ORDER SCH DEF JUDG.wpd

28