ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC.,           )
                                          )   NO. C 07 3206 BZ
                                          )
              Plaintiffs,                 )
                                          )   CONSENT TO
    vs.                                   )   JURISDICTION BY A
                                          )   UNITED STATES
                                          )   MAGISTRATE JUDGE
PACIFIC CONVENTION SERVICES INC.,         )
                                          )
              Defendant.                  )
_____)

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C., Section 636 (c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the North Circuit.

Date: 9/11/07

                                ERSKINE & TULLEY
                                A PROFESSIONAL CORPORATION

                                By: _____
                                    Michael J. Carroll
                                    Attorney for Plaintiffs

CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE
1