1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 NORTHWEST ADMINISTRATORS, INC.,    )    NO. C 07 3206 BZ
                                      )
12                 Plaintiff,         )    NOTICE OF MOTION AND
                                      )    MOTION FOR DEFAULT
13       vs.                          )    JUDGMENT AND ATTORNEYS'
                                      )    FEES; POINTS AND
14 PACIFIC CONVENTION SERVICES, etc., )    AUTHORITIES IN SUPPORT
                                      )    THEREOF
15                 Defendant.         )    [F.R.C.P. 55(b)(2)]
   _____     Date: October 31, 2007
16                                         Time: 10:00 a.m.

17

18 TO DEFENDANT:

19         PLEASE TAKE NOTICE that on Wednesday, October 31, 2007 at

20 10:00 a.m., or as soon thereafter as counsel may be heard, before

21 the Honorable Bernard Zimmerman, Magistrate Judge of the United

22 States District Court, Northern District of California, 450 Golden

23 Gate Avenue, Courtroom G, 15th Floor, San Francisco, California,

24 plaintiff, NORTHWEST ADMINISTRATORS, INC., will and does move this

25 Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil

26 Procedure, to enter a default judgment and award plaintiff unpaid

27 and owing contributions, liquidated damages, interest and attorneys

28 fees.

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT & ATTORNEYS FEES; POINTS & AUTHORITIES IN SUPPORT THEREOF                              1

1       This motion is made on the grounds that defendant has failed to appear herein after valid service, the default of defendant was entered by this Court on August 13, 2007, and there are no triable issues of fact or disputes at law. Defendant has a contractual obligation to pay contributions to the WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND and has failed to properly pay on behalf of covered employees in a timely manner. This motion is based upon this Notice, the Declarations of Walt Pentz, Diane Andrade and Michael J. Carroll in support of this motion, the Memorandum of Points and Authorities in support of this motion filed herewith, and such further oral or documentary evidence as may be presented at the hearing of this motion.

Dated: September 18, 2007

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION


By:   /s/ Michael J. Carroll
     Michael J. Carroll
     Attorneys for Plaintiff


MEMORANDUM OF POINTS AND AUTHORITIES

I.
INTRODUCTION

      In this ERISA collection action plaintiff, NORTHWEST ADMINISTRATORS, INC., seeks to recover on Pension Account Number 313460 employee benefit contributions, liquidated damages and interest for the months of March and April 2007 in the total amount of $8,971.74. Defendant, PACIFIC CONVENTION SERVICES, INC., a corporation, doing business as PACIFIC CONVENTION SERVICES, is an employer which is delinquent in its fringe benefit contribution

obligations.

Under the terms of the Trust Agreement a contribution is due not later than the 10th day of the following month, Exhibit 3, Article IV, Section 1, page 6, and is delinquent if not received by that date, Article IV, Section 3a.

The complete list of delinquent months and amounts is set forth in Exhibit 5 to the Andrade Declaration. The amounts due have been computed based on the monthly reporting forms previously filled out and submitted by defendant. Obviously the amount may change by the date of the hearing if defendant either makes payments or falls further behind. Plaintiff will update this information by a supplemental declaration if a change in the amount due occurs.

Notice of delinquency is required, Exhibit 3, Article IV, Section 3(c), and has been given, Exhibit 4 to the Pentz Declaration.

Under the terms of the Trust Agreement to which defendant is specifically bound by its contract, failure to make timely payment results in the following consequences:

> A. Liquidated damages in an amount equal to 20% of the amount of contributions due, Exhibit 3, Article IV, Section 3(b)(2)(B).
> B. Interest at rates determined by formula, Exhibit 3, Article IV, Section 3(b)(1) and Section 3(d).
> C. Attorneys fees, Exhibit 3, Article IV, Section 3(b)(3).

## II.
## FACTUAL BACKGROUND

Defendant has entered into a collective bargaining agreement with Teamsters Local Union No. 85 which requires that pension contributions be paid on behalf of covered employees to

the WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, Exhibit 1 to the Pentz Declaration. Defendant also executed an Employer-Union Pension Certification, which is attached as Exhibit 2 to the Pentz Declaration. The contract and certification remain in full force and effect and bind defendant to the terms and conditions of the Agreement and Declaration of Trust, as amended, Exhibit 3 to the Pentz Declaration.

## III.

### SEPARATE STATEMENT OF UNDISPUTED FACTS

Every essential allegation of the complaint is proved by the affidavits submitted herewith:

| COMPLAINT PARAGRAPH | COMPLAINT ALLEGATION | PROOF OF ALLEGATION |
|---|---|---|
| 1 | Jurisdiction | Pentz Decl., 29 U.S.C. § 1132, 1145; 29 U.S.C. § 185(a) |
| 2 | Status of Plaintiff | Pentz Decl. |
| 4 | Defendant bound by contract to pay contributions | Pentz Decl. |
| 5,6,7,9 | Defendant has failed to pay contributions in a timely manner | Andrade Decl, Ex. 5; Pentz Decl. |
| 8 | Demand for payment has been made | Pentz Decl. |
| 11 | Contract documents provide for attorneys fees | Ex. 3, Art. IV, § 3(b)(C) |

## IV.
### ARGUMENT

A. PLAINTIFF IS ENTITLED TO RECOVER LIQUIDATED DAMAGES AND ATTORNEYS FEES AS A MATTER OF LAW

An award of liquidated damages and attorneys' fees is

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT & ATTORNEYS FEES; POINTS & AUTHORITIES IN SUPPORT THEREOF       4

mandatory under 29 U.S.C. § 1132(g).

## CONCLUSION

It is respectfully submitted that plaintiff is entitled to default judgment according to proof.

Dated: September 18, 2007

                              ERSKINE & TULLEY

                              By: /s/ Michael J. Carroll
                                  Michael J. Carroll
                                  Attorneys for Plaintiff

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104.  On September 18, 2007 I served the within NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS' FEES, POINTS AND AUTHORITIES IN SUPPORT THEREOF AND DECLARATIONS OF WALT PENTZ, DIANE ANDRADE AND MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT, PROPOSED ORDER AND DEFAULT JUDGMENT on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Pacific Convention Services Inc.
Susan Rogers
454 Las Gallinas Avenue PMB#184
San Rafael, CA 94903

I, DIANE ANDRADE, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2007 at San Francisco, California.

                                                  s/ Diane Andrade