```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA 94104
   Telephone: (415) 392-5431
4  Fax: (415) 392-1978

5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PACIFIC CONVENTION, etc., ) <br> ) <br> Defendant. ) <br> _____ | NO. C 07 3206 BZ <br><br> DECLARATION OF WALT PENTZ IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |

I, WALT PENTZ, declare:

1. I am the Manager of NORTHWEST ADMINISTRATORS, INC., administrators for the Western Conference of Teamsters Pension Trust Fund, hereinafter the "Trust Fund", with offices at 355 Gellert Blvd., Suite 100, Daly City, CA 94015. In that capacity I am custodian of, and familiar with the books and records of the Trust Fund relating to defendant. If called as a witness, I could competently testify to the following facts:

2. Northwest is a Washington corporation authorized to do business in the State of California. Northwest has authority from the Trust Fund to sue delinquent employers.

3. Attached hereto as Exhibit 1 is the pertinent portion

of the contract to which defendant is bound.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Employer-Union Pension Certification executed by defendant. The original will be made available at the time of hearing for introduction into evidence in the event their authenticity is contested. The last paragraph of the certification binds defendant to the Western Conference of Teamsters Agreement and Declaration of Trust and Plan as now constituted or as hereafter amended, retroactively or otherwise, and to be bound by the acts of their respective union and employer trustees, or their successors.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Western Conference of Teamsters Pension Trust Fund Agreement and Declaration of Trust. The Trust Agreement provides for 20% liquidated damages and interest at Article IV, Section 3, page 6 of Exhibit 3.

6. The Trust Fund is required by Article IV of Exhibit 3 to give defendant notice of its delinquency. It has done so. See Exhibit 4 attached hereto which was mailed first class to defendant by this office.

7. Every month my office sends to the defendant a preprinted form listing all known covered employees and the fringe benefit contribution rate. The defendant is then to complete the reporting form by making corrections, deleting employees who left the company and adding names of hired employees. The defendant is then to fill out the mathematical portion of the report and total up all sums due for that month. This is the so-called "self-reporting method".

7. The computations made by Diane Andrade are true and correct and are based upon information filed with the Trust Fund by defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2007 at Daly City, California.


/S/ WALT PENTZ
Walt Pentz

DECLARATION OF WALT PENTZ IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT            3