# THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND

## EMPLOYER - UNION PENSION CERTIFICATION

(COMPLETE AND FORWARD TO THE ADMINISTRATIVE OFFICE FOR NEW EMPLOYERS)

RECEIVED JUL 2 5 2005 NWA

THE UNDERSIGNED EMPLOYER AND UNION HEREBY CERTIFY THAT A WRITTEN LABOR AGREEMENT IS IN EFFECT BETWEEN THE PARTIES PROVIDING FOR CONTRIBUTIONS TO THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND ("TRUST FUND") AND THAT SUCH AGREEMENT CONFORMS TO THE TRUSTEE POLICY ON ACCEPTANCE OF EMPLOYER CONTRIBUTIONS (AS REPRODUCED ON THE REVERSE OF THIS FORM) AND IS NOT OTHERWISE DETRIMENTAL TO THE PLAN. A COMPLETE COPY OF THE LABOR AGREEMENT IS ATTACHED OR, IF NOT YET AVAILABLE, WILL BE FURNISHED TO THE AREA ADMINISTRATIVE OFFICE AS SOON AS AVAILABLE. THE UNDERSIGNED AGREE THAT THE PROVISIONS OF ANY MEMORANDUM OF UNDERSTANDING, SUPPLEMENT, AMENDMENT, ADDENDUM OR OTHER MODIFICATION OF THE LABOR AGREEMENT DIRECTLY OR INDIRECTLY AFFECTING THE EMPLOYER'S OBLIGATION TO CONTRIBUTE TO THE TRUST FUND SHALL NOT BIND THE TRUSTEES UNLESS AND UNTIL A COMPLETE WRITTEN AND SIGNED COPY OF THOSE PROVISIONS IS FURNISHED TO THE AREA ADMINISTRATIVE OFFICE AND ACCEPTED BY THE TRUSTEES, AND FURTHER AGREE TO FURNISH THOSE PROVISIONS TO THE AREA ADMINISTRATIVE OFFICE IN A TIMELY MANNER. IF A NEW PENSION ACCOUNT, THE EMPLOYER AGREES TO PROVIDE THE AREA ADMINISTRATIVE OFFICE WITH COMPLETED PAST EMPLOYMENT DATA FORMS.

NAME OF EMPLOYER: **PACIFIC CONVENTION SVCS**    NAME OF ASSOCIATION: **None**

(IF AN ASSOCIATION WITH AUTHORITY TO SIGN ON BEHALF OF EMPLOYERS, ATTACH LIST OF NAMES AND ADDRESSES OF EACH SUCH EMPLOYER.)

STREET ADDRESS: **454 LAS GALLINAS #184**    CITY, STATE AND ZIP CODE: **SAN RAFAEL, CA 94903**

EFFECTIVE DATE OF THIS LABOR AGREEMENT: **4/1/2005 - 3/31/2008**

IF THIS CERTIFICATION IS SIGNED BY AN ASSOCIATION, THE ASSOCIATION WARRANTS AND REPRESENTS THAT IT HAS WRITTEN AUTHORIZATION FROM EACH LISTED EMPLOYER TO SIGN THIS CERTIFICATION AND TO SIGN THE LABOR AGREEMENT ON BEHALF OF SUCH EMPLOYER (IF THE LABOR AGREEMENT IS NOT SIGNED BY THE EMPLOYER).

**INDICATE:**
RENEWAL [XX]    NEW PENSION ACCOUNT [ ]    NEW PENSION ACCOUNT BUT EMPLOYER PREVIOUSLY MADE PENSION CONTRIBUTIONS [ ]
EMPLOYER NAME CHANGE [ ]    DATE OF CHANGE _____    FORMER NAME _____
EMPLOYER OWNERSHIP CHANGE [ ]    DATE OF CHANGE _____
EMPLOYER IS PART OF CONTROLLED GROUP OF CORPORATIONS FOR FEDERAL TAX PURPOSES [ ]
NAME OF PARENT COMPANY _____
STREET ADDRESS _____    CITY, STATE AND ZIP CODE _____

FOR LABOR AGREEMENT RENEWALS:
INDICATE PENSION ACCOUNT NUMBER(S): **313460  GDODW**
IF COMPLETED BY ASSOCIATION, INDICATE, IF POSSIBLE, ACCOUNT NUMBER NEXT TO EACH EMPLOYER'S NAME ON ATTACHED LIST
EMPLOYER IS A CORPORATION [XX]    PARTNERSHIP [ ]    UNINCORPORATED SOLE PROPRIETORSHIP [ ]
(PARTNERS OR UNINCORPORATED OWNERS ARE INELIGIBLE TO PARTICIPATE PERSONALLY IN THIS TAX-EXEMPT TRUST.)

APPROXIMATE NUMBER OF COVERED EMPLOYEES: **1-100**

THE UNDERSIGNED UNION AND EMPLOYER AGREE TO BE BOUND BY THE WESTERN CONFERENCE OF TEAMSTERS AGREEMENT AND DECLARATION OF TRUST AND PENSION PLAN AS NOW CONSTITUTED OR AS HEREAFTER AMENDED, AND TO BE BOUND BY THE ACTS OF THEIR RESPECTIVE UNION AND EMPLOYER TRUSTEES OR THEIR SUCCESSORS. THE EMPLOYER AGREES TO PAY THE TRUST FUND THE PENSION CONTRIBUTIONS SPECIFIED IN THE LABOR AGREEMENT WITH THE UNION. THE UNDERSIGNED UNION AND EMPLOYER SHALL BECOME PARTIES TO SAID AGREEMENT AND DECLARATION OF TRUST UPON ACCEPTANCE AS SUCH BY THE TRUSTEES. UPON THE EXPIRATION OF THIS OR ANY SUBSEQUENT LABOR AGREEMENT, THE EMPLOYER AGREES TO CONTINUE TO CONTRIBUTE TO THE TRUST FUND IN THE SAME AMOUNT AND MANNER AS REQUIRED IN THE MOST RECENT EXPIRED LABOR AGREEMENT UNTIL SUCH TIME AS THE UNDERSIGNED EITHER NOTIFIES THE OTHER PARTY IN WRITING (WITH A COPY TO THE TRUST FUND) OF ITS INTENT TO CANCEL SUCH OBLIGATION FIVE DAYS AFTER RECEIPT OF NOTICE OR ENTERS INTO A SUCCESSOR LABOR AGREEMENT WHICH CONFORMS TO THE TRUSTEE POLICY, WHICHEVER EVENT OCCURS FIRST. SIMILARLY, THE TRUSTEES RESERVE THE RIGHT TO GIVE NOTICE TO THE EMPLOYER AND UNION OF INTENT TO TERMINATE ACCEPTANCE OF FURTHER CONTRIBUTIONS FROM THE EMPLOYER. THE UNDERSIGNED AGREES THAT UPON RENEWAL OF THE LABOR AGREEMENT A COMPLETE COPY OF THE RENEWED LABOR AGREEMENT, INCLUDING MODIFICATIONS TO THE AGREEMENT, WILL BE FURNISHED TO THE AREA ADMINISTRATIVE OFFICE AS SOON AS AVAILABLE; AND, UPON WRITTEN ACCEPTANCE OF THE RENEWED LABOR AGREEMENT BY THE TRUSTEES, THE FOREGOING TERMS OF THE EMPLOYER-UNION PENSION CERTIFICATION SHALL BE APPLICABLE TO SUCH RENEWAL OF THE LABOR AGREEMENT.

UNION: **TEAMSTERS LOCAL 85**    EMPLOYER: **PACIFIC CONVENTION SVCS INC**

BY: *William Cromartie* (SIGNATURE)    DATE: **7/14/05**
William Cromartie (PRINT NAME OF INDIVIDUAL SIGNING)
TITLE: **Pres. Bus. Agt**    PHONE NO.: **415-344-0085**

BY: *Susan Rogers* (SIGNATURE)    DATE: **7/14/2005**
SUSAN ROGERS (PRINT NAME OF INDIVIDUAL SIGNING)
TITLE: **PRES**    PHONE NO.: **415.491.0141**

ACCEPTED BY THE TRUSTEES OF THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND.
BY: _[signature]_    DATE: **9/19/05**

LAST (YELLOW) COPY TO BE RETAINED BY THE EMPLOYER
ALL OTHERS TO BE SENT TO THE TRUST ADMINISTRATIVE OFFICE FOR ACCEPTANCE.

# Western Conference of Teamsters Pension Trust
An Employer-Employee Jointly Administered Pension Plan – Founded 1955

Northern California Administrative Office
355 Gellert Boulevard, Suite 100
Daly City, California 94015-2666
(650) 570-7300
(650) 578-8498 Fax

September 23, 2005

Pacific Convention Service Inc
454 Las Galinas Ave PMB #184
San Rafael, CA 94903

Van Beane
Secretary - Treasurer
Teamsters Local Union No. 85
850 Harrison Street
San Francisco, CA 94107

RE: Employer Account No. 313460
    Contract No. GDODW

**To The Bargaining Parties:**

Your collective bargaining agreement effective from April 1, 2005 through March 31, 2008 has been accepted by the Western Conference of Teamsters Pension Trust. The Trust's records have been updated with the relevant information from the new agreement.

We have on file your jointly signed Employer-Union Pension Certification (E-U) binding the parties to the Agreement and Declaration of Trust. The terms of the E-U are extended to the renewed agreement and are perpetual in nature. The obligation to contribute to the Trust Fund will remain in effect beyond expiration of the labor agreement and until such time as either party to the agreement notifies the other party in writing (with a copy of the Trust Fund) of its intent to cancel such obligation five days after receipt of notice.

In reviewing your labor agreement, it was noted that it does not contain a clause relative to leaves for military service. The Uniformed Service Employment and Reemployment Rights Act (USERRA) enacted in December 1994 requires the Trust to provide pension coverage to Plan participants for their period of protected military service and obligates contributing employers to make pension contributions necessary to fund pension coverage. Enclosed is a Legal Update which explains the requirements of the statute.

It is suggested that the bargaining parties consider modification of the Labor Agreement to comply with the statute. In any event, the Trust will follow the statute to ensure affected participants receive pension coverage as required.

Please retain this letter to document acceptance of the agreement. If you have any question, please advise.

Sincerely,

Lance R. Hall
Contract Review Department
Pension Administrative Office

accep2doc.