# THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND
355 Gellert Blvd., Suite 100, Daly City, California 94015     (650) 570-7300

## NOTICE OF DELINQUENCY

Your account is past due and will be referred for collection if full payment is not received within 10 days from date of this notice. In this event, you will then be required to pay a minimum of 20% of the delinquent amount in liquidated damages, substantial interest, plus reasonable attorney fees.

FURTHER NOTICE OF DELINQUENCY NEED NOT BE GIVEN WHILE THIS ACCOUNT REMAINS IN DELINQUENT STATUS.

PACIFIC CONVENTION SERVICE INC
454 LAS GALLINAS AVE PMB #184
SAN RAFAEL CA 94903

| Date of Notice | Employer No. |
|---|---|
| 05/11/07 | 313460 |

MONTHS DELINQUENT
2007   03  04

Payment(s) are due for work month(s) indicated above.

If payment has been sent for month(s) indicated, please disregard this notice.

0085