```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) | NO. C 07 3206 BZ |
| ) | |
| Plaintiff, ) | DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |
| vs. ) | |
| ) | |
| PACIFIC CONVENTION SERVICES, etc., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, MICHAEL J. CARROLL, declare:

1. I am duly admitted to practice law before all of the courts of the State of California and in the United States District Court, Northern District of California. I am one of the attorneys for plaintiff in this action. I have personal knowledge of the facts stated herein and if called as a witness, I could and would competently testify as follows:

2. Plaintiff has incurred costs in the amount of $430.00 in the prosecution of this action. This figure consists of the following items:

   a. The filing fee of $350.00;

DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT        1

1              b.   The cost to effect service of the Summons and
2  Complaint and other documents from the initial filing of this case
3  in the amount of $80.00.
4  Attached hereto and marked Exhibit 7 is the invoice for service of
5  item b. above, which I have paid.
6        3.   This office commenced work on this case in May 2007
7  under the delinquency procedures established by the trust fund.
8        4.   This legal action was filed on June 18, 2007.
9  Defendant failed to appear and the default of defendant was entered
10 by this Court on August 13, 2007.  The Court's jurisdiction is
11 founded on 29 U.S.C. § 185(a) and 29 U.S.C. 1132.
12       5.   Declarant has expended in excess of 3 hours in the
13 prosecution of this action, including the preparation of the Motion
14 for Entry of Default with Supporting Declaration; and this motion.
15 Erskine & Tulley's billing rate in this matter is $180.00 per hour
16 for a total of $540.00.
17       I declare under penalty of perjury that the foregoing is
18 true and correct.
19       Executed on September 18, 2007 at San Francisco,
20 California.

                                    /s/ Michael J. Carroll
                                        Michael J. Carroll

DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT          2