```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5

 6

 7

 8              UNITED STATES DISTRICT COURT

 9             NORTHERN DISTRICT OF CALIFORNIA

10

11  NORTHWEST ADMINISTRATORS, INC.,   )    NO. C 07 3206 BZ
                                      )
12               Plaintiff,           )    ORDER AND DEFAULT
                                      )    JUDGMENT
13          vs.                       )    (Proposed Form)
                                      )
14  PACIFIC CONVENTION SERVICES, etc.,)
                                      )
15               Defendant.           )
    _____ )
16

17

18       Good cause appearing therefor, it is hereby ORDERED that
19  default judgment be entered in favor of plaintiff, NORTHWEST
20  ADMINISTRATORS, INC., against defendant, PACIFIC CONVENTION
21  SERVICES, INC., a corporation, doing business as PACIFIC CONVENTION
22  SERVICES, as follows:
23       1.   Principal                $8,680.08
24       2.   Interest                    291.66
25       3.   Attorneys fees              540.00
26       4.   Costs                       430.00
27                                     _____
28            TOTAL:                   $9,941.74
```

(Proposed) ORDER AND DEFAULT JUDGMENT                              1

1    IT IS FURTHER ORDERED AND ADJUDGED in light of the decision in <u>International Union of Operating Engineers v. Richard D. Karr</u>, No. 91-35846 (9th Cir. 1993), that the only issue raised in this proceeding through the date of this default judgment is the failure of defendant to pay known delinquent contributions for the months of March and April 2007 based upon unaudited financial information.  The Court allows plaintiff to reserve its right to audit the defendant employer for any periods not previously audited, including the time period referred to above.  Entry of the Judgment has no effect whatsoever on either (a) plaintiff's right to audit defendant and collect by subsequent legal action any sum found thereby to be due, or (b) plaintiff's right to collect by subsequent legal action any sums found to be due for any time period other than the one referred to above.

Date:_____

_____
Magistrate Judge Bernard Zimmerman