1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  NORTHWEST ADMINISTRATORS, INC.,     )    NO.  No. C 07 3206 BZ
                                        )
12                    Plaintiff,        )    DECLARATION  OF  MICHAEL
                                        )    J. CARROLL RE SERVICE OF
13        vs.                           )    SCHEDULING ORDER
                                        )
14  PACIFIC CONVENTION SERVICES, etc.,  )
                                        )
15                    Defendant.        )
   ─────────────────────────────────────)

16

17        I, MICHAEL J. CARROLL, declare:

18        1.   I am one of the attorneys for plaintiff in this action

19  and if called as a witness, I could competently testify to the

20  following facts:

21        2.   Magistrate Bernard Zimmerman's Scheduling Order dated

22  September 7, 2007 was served by FAX upon defendant Pacific Convention

23  Services, Inc. on October 2, 2007 as appears from the FAX cover sheet

24  and activity report attached hereto.

25        3.   On October 8, 2007 I spoke with Susan Rogers by

26  telephone; she acknowledged receipt of the paperwork.

27  ////

28  ////

DECL. OF MICHAEL J. CARROLL RE SERVICE OF SCHEDULING ORDER          1

1          I declare under penalty of perjury that the foregoing is

2    true and correct.

3          Executed on October 16, 2007 at San Francisco, California.

4                          /s/ Michael J. Carroll

5                          MICHAEL J. CARROLL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Phone 415 491-0141*

# ERSKINE & TULLEY

220 MONTGOMERY STREET, SUITE 303 • SAN FRANCISCO, CA 94104 • FAX:(415) 392-1978
PHONE: (415) 392-5431 • WRITER'S EXTENSION 201

## FAX TRANSMITTAL

*FAXED 10/2/07 DA*

**DATE:**          October 2, 2007

**TO:**            Susan Rogers, President
                   Pacific Convention Services, Inc.
                   454 Las Gallinas Avenue PMB#184
                   San Rafael, CA 94903

**FAX NO.**        415-491-4720

**FROM:**          Michael J. Carroll

**RE:**            Northwest Administrators, Inc.
                   vs. Pacific Convention Services, Inc.
                   United States District Court, Action No. C 07 3206 BZ

**NO. OF PAGES:**    3_  (INCLUDING COVER SHEET)

### IF YOU DO NOT RECEIVE ALL THE PAGES,
### PLEASE CALL DIANE ANDRADE
### AT (415) 392-5431 X 204

**Dear Ms. Rogers:**

**Attached is Magistrate Judge Zimmerman's Scheduling Order in the above lawsuit on behalf of the Western Conference of Teamsters Pension Trust Fund.**

**Michael J. Carroll**

OCT 3 2007 *VM*

OCT 2007
*Spoke with her she acknowledged receiving paperwork*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS,
INC.,
           No. C07-3206 BZ
    Plaintiff(s),

  v.         SCHEDULING ORDER

PACIFIC CONVENTION SERVICES,
INC.,

    Defendant(s).

TO ALL PARTIES AND COUNSEL OF RECORD:

By letter dated September 6, 2007, plaintiff requested that the Court set for October 31, 2007 a hearing on its forthcoming motion for default judgment. The Clerk having entered default against defendant, **IT IS HEREBY ORDERED** that

 1) By **Wednesday, September 19, 2007**, plaintiff will accept or decline magistrate judge jurisdiction in writing.

 2) Plaintiff will file its motion for default judgment by no later than **September 26, 2007**;

 3) If plaintiff's motion is timely filed, a hearing on the motion is set for **Wednesday, October 31, 2007, at 10:00**

1

1   **a.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San

2   Francisco, California, 94102.

3   4) The Case Management Conference currently set for

4   October 15, 2007 is **VACATED.**

5   Plaintiff should be prepared to prove all damages by

6   competent testimony or other admissible evidence.  If

7   plaintiff intends to prove facts by affidavits or

8   declarations, the affiant or declarant should have personal

9   knowledge of all matters to which she testifies.  For all

10  evidence, proper foundations must be established.  For an

11  explanation of the evidentiary requirements for proving

12  damages in a default case, the parties are encouraged to

13  consult Chapter Six of <u>Civil Procedure Before Trial</u> by William

14  W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

15  Defendant should attend the hearing if it contests the

16  validity or amount of plaintiff's claim.  Seven (7) days

17  before the hearing, on **Wednesday, October 24, 2007**, plaintiffs

18  shall file with the Clerk of the Court, and deliver directly

19  to chambers, a declaration setting forth in detail all steps

20  taken to locate defendant and serve him with this order.  If

21  defendant actually received this order, plaintiff's affidavit

22  should so state, including plaintiff's basis for this

23  knowledge.

24  Dated:  September 7, 2007

25

26  Bernard Zimmerman
    United States Magistrate Judge

27

G:\BZALL\-BZCASES\NORTHWEST ADMINISTRATORS\ORDER SCH DEF JUDG.wpd

28

2

```
****************************
***   ACTIVITY REPORT   ***
****************************
```

| ST. TIME | CONNECTION TEL | CONNECTION ID | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|---|
| *09/25 16:06 | 415 586 1348 | | 4022 | MANUAL TX | ECM | 8 | OK | 02'25 |
| *09/25 16:36 | 19082032950 | | 4023 | TRANSMIT | ECM | 4 | OK | 01'09 |
| *09/25 17:00 | 2069332796 | | 6074 | AUTO FAX RX | ECM | 2 | OK | 01'01 |
| *09/25 21:03 | | | 6075 | AUTO FAX RX | ECM | 1 | OK | 00'55 |
| *09/26 09:55 | 510 +3373080 | | 6076 | AUTO FAX RX | ECM | 4 | OK | 01'41 |
| *09/26 11:11 | 7075450220 | | 6077 | AUTO FAX RX | ECM | 4 | OK | 01'09 |
| *09/26 12:40 | | | 6078 | AUTO FAX RX | ECM | 1 | OK | 00'35 |
| *09/26 13:12 | 510 +3373080 | | 6079 | AUTO FAX RX | ECM | 2 | OK | 00'56 |
| *09/26 16:02 | 6505589498 | | 6080 | AUTO FAX RX | ECM | 4 | OK | 02'28 |
| *09/26 16:14 | 8374062 | | 4024 | TRANSMIT | ECM | 2 | OK | 00'34 |
| *09/26 16:16 | 5221600 | | 4025 | TRANSMIT | ECM | 2 | OK | 00'37 |
| *09/26 16:19 | 3998490 | | 4026 | TRANSMIT | ECM | 2 | OK | 00'37 |
| *09/26 17:13 | 1415 979 9821 | | 4027 | MANUAL TX | ECM | 3 | OK | 00'56 |
| *09/27 07:44 | 510 337 3390 | | 6081 | AUTO FAX RX | G3 | 1 | OK | 00'44 |
| *09/27 08:23 | | | 6082 | AUTO FAX RX | ECM | 1 | OK | 00'38 |
| *09/27 08:46 | | | 6083 | AUTO FAX RX | ECM | 1 | OK | 00'32 |
| *09/27 09:17 | 122704 | | 6084 | AUTO FAX RX | ECM | 1 | OK | 00'43 |
| *09/27 09:47 | 14154855623 | | 6085 | AUTO FAX RX | ECM | 4 | OK | 01'16 |
| *09/27 10:46 | | | 6086 | AUTO FAX RX | ECM | 1 | OK | 00'32 |
| *09/28 10:07 | 14088464632 | | 6087 | AUTO FAX RX | ECM | 1 | OK | 00'31 |
| *09/28 11:37 | 5032211675 | | 6088 | AUTO FAX RX | ECM | 3 | OK | 01'08 |
| *09/28 15:24 | 510 +3373080 | | 6089 | AUTO FAX RX | ECM | 3 | OK | 01'29 |
| *09/29 07:28 | | | 6090 | AUTO FAX RX | ECM | 1 | OK | 00'27 |
| *10/01 07:54 | | | 4028 | MANUAL TX | | 0 | NG | 00'00 |
| | | | | | | 0 | #005 | |
| *10/01 08:22 | 415 586 1348 | | 6091 | AUTO FAX RX | ECM | 3 | OK | 01'01 |
| *10/01 09:40 | 2 | | 4029 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | STOP | |
| *10/01 10:42 | | | 6092 | MEMORY RX | ECM | 57 | OK | 16'12 |
| *10/01 11:13 | | | 4030 | MANUAL TX | ECM | 4 | OK | 01'27 |
| *10/01 13:42 | 510 +3373080 | | 6093 | AUTO FAX RX | ECM | 9 | OK | 03'41 |
| *10/01 15:30 | | | 6094 | AUTO FAX RX | ECM | 5 | OK | 01'47 |
| *10/01 22:10 | 7077698200 | | 6095 | AUTO FAX RX | ECM | 2 | OK | 01'00 |
| *10/02 08:56 | | | 6096 | AUTO FAX RX | G3 | 1 | OK | 00'49 |
| *10/02 09:01 | 2062249820 | | 6097 | AUTO FAX RX | ECM | 4 | OK | 01'08 |
| *10/02 09:20 | 14154909008 | | 6098 | AUTO FAX RX | ECM | 3 | OK | 00'57 |
| *10/02 11:00 | | | 6099 | AUTO FAX RX | ECM | 1 | OK | 00'35 |
| *10/02 12:51 | 15103373060 | | 4031 | TRANSMIT | ECM | 11 | OK | 03'16 |
| 10/02 13:42 | | | 6100 | AUTO FAX RX | ECM | 9 | OK | 03'45 |
| 10/02 13:56 | 510 +3373080 | | 6101 | AUTO FAX RX | ECM | 4 | OK | 01'29 |
| 10/02 15:05 | 510 +3373080 | | 6102 | AUTO FAX RX | ECM | 2 | OK | 01'13 |
| 10/02 16:42 | 1415 491 4720 | | 4032 | MANUAL TX | ECM | 3 | OK | 00'52 |

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On October 16, 2007 I served the within DECLARATION OF MICHAEL J. CARROLL RE SERVICE OF SCHEDULING ORDER on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

Pacific Convention Services, Inc.
Susan Rogers
454 Las Gallinas Avenue PMB#184
San Rafael, CA 94903

I, DIANE ANDRADE, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2007 at San Francisco, CA.


                              s/Diane Andrade