UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> PACIFIC CONVENTION SERVICES, INC., <br><br> Defendant(s). | No. C07-3206 BZ <br><br> **ORDER REMOVING EXHIBIT FROM DOCKET AND REQUIRING PLAINTIFF TO FILE REDACTED EXHIBIT** |

Exhibit 6 to the Andrade Declaration filed in Support of Plaintiff's Motion for Default Judgement lists the social security numbers for 25 union employees in violation of Northern District of California General Order Number 53 addressing privacy issues. I **HEREBY ORDER** that the exhibit (Docket 13, Attachment 2) be removed from the docket and that plaintiff file a redacted exhibit which complies with the Court's General Orders by **Friday, October 26, 2007.**

Dated: October 24, 2007

　　　　　　　　　　　　　　　　　_Bernard Zimmerman_
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\NORTHWEST ADMINISTRATORS\Order to Re-File Exhibit Redacting Private Information.wpd

1