## THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND
## NORTHERN CALIFORNIA AREA

Western Conference of Teamsters Pension Trust
Department #39031
PO Box 39000
San Francisco, CA 94139-9031
650 570 7300

Employer Account Number:   313460

Report for:   03/2007 Hours

PACIFIC CONVENTION SERVICES INC
454 LAS GALLINAS AVENUE PMB #184
SAN RAFAEL CA 94903

AMOUNT OF CHECK   $2,267.34

| SOC SEC # | LAST NAME | INITIAL | DATE OF HIRE | RATE | HOURS | TOTAL DUE |
|---|---|---|---|---|---|---|
| | Abney | J | | 7.13 | 129 | |
| | Aveau | G | | 7.13 | 9 | |
| | Curtis | JE | | 7.13 | 22 | |
| | Daily Jr | RM | | 7.13 | 22 | |
| | Dela Cruz | A | | 7.13 | 19 | |
| | Frescura | J | | 7.13 | 6 | |
| | Juvera Jr | JA | | 7.13 | 11 | |
| | Lenz | D | | 7.13 | 64.5 | |
| | Levi | E | | 7.13 | 35.5 | |
| | | | | TOTAL HOURS | 318 | |

_Authorized Signature_

6/7/2007
Date

Owner
Title

RECEIVED
JUN 1 3 2007
NWA

**THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND**
**NORTHERN CALIFORNIA AREA**

Western Conference of Teamsters Pension Trust
Department #39031
PO Box 39000
San Francisco, CA 94139-9031
650 570 7300

Employer Account Number: 313460

Report for: 04/2007 Hours

PACIFIC CONVENTION SERVICES INC
454 LAS GALLINAS AVENUE PMB #184
SAN RAFAEL CA 94903

AMOUNT OF CHECK $4,966.06

| SOC SEC # | LAST NAME | INITIAL | DATE OF HIRE | RATE | HOURS | TOTAL DUE |
|---|---|---|---|---|---|---|
|  | Abney | J |  | 7.13 | 198 |  |
|  | Burke | G |  | 7.13 | 8.5 |  |
|  | Clausen | N |  | 7.13 | 9 |  |
|  | Curtis | D |  | 7.13 | 24.25 |  |
|  | Curtis | JE |  | 7.13 | 46 |  |
|  | Del Alto | O |  | 7.13 | 14.75 |  |
|  | Doyle Jr | AW |  | 7.13 | 14.75 |  |
|  | Ellerbeck | A |  | 7.13 | 14.75 |  |
|  | Fabris | S |  | 7.13 | 18 |  |
|  | Finley | JW |  | 7.13 | 14.75 |  |
|  | Hendrix | LM |  | 7.13 | 26 |  |
|  | Hunter | DM |  | 7.13 | 14.75 |  |
|  | Ignacio | S |  | 7.13 | 8.5 |  |
|  | Lenz | D |  | 7.13 | 128.5 |  |
|  | Levi | E |  | 7.13 | 9.5 |  |
|  | Miller | CM |  | 7.13 | 23.25 |  |
|  | Murphy | JE |  | 7.13 | 8.5 |  |
|  | Rhoades | M |  | 7.13 | 47.5 |  |
|  | Sojat | EF |  | 7.13 | 24.75 |  |
|  | Togafau | M |  | 7.13 | 43 |  |
|  |  |  |  | **TOTAL HOURS** | 696.5 |  |

_Susan Regus_
Authorized Signature

6/7/2007
Date

Owner
Title

RECEIVED
JUN 1 3 2007
NWPA

## THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND
## NORTHERN CALIFORNIA AREA

Western Conference of Teamsters Pension Trust
Department #39031
PO Box 39000
San Francisco, CA 94139-9031
650 570 7300

Employer Account Number: 313480

Report for: 05/2007 Hours

PACIFIC CONVENTION SERVICES INC
454 LAS GALLINAS AVENUE PMB #184
SAN RAFAEL CA 94903

AMOUNT OF CHECK $-0-

| SOC SEC # | LAST NAME | INITIAL | DATE OF HIRE | RATE | HOURS | TOTAL DUE |
|---|---|---|---|---|---|---|
| | | | | TOTAL HOURS | -0- | |

# NO EMPLOYEES IN MAY 2007

_Susan Ragas_
Authorized Signature

6/7/2007
Date

Owner
Title

RECEIVED
JUN 1 3 2007
NWA