# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **10/31/2007**

**C07-3206 BZ**

**North West Administrators, Inc. v. Pacific Convention Services, Inc.**

Attorneys:   Michael J. Carroll   Not Present

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**        Reporter: **Joan Columbini; 10:04-10:06**

**PROCEEDINGS:**                                           **RULING:**

1. Plaintiff's Motion for Default Judgment and Attorney's Fees     Matter Held
2. 

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Plaintiff's counsel will submit supplemental declaration re the change in judgment amount. The defendant has made a partial payment to the plaintiff.  Supplemental declaration due within two weeks.

( XX ) ORDER TO BE PREPARED BY:   Plntf ___ Deft ___ Court XX

(   ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
    ( ) By Court    ( ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____ for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date -                    Trial Date-
                                         Type of Trial:

Notes:_____