```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC CONVENTION SERVICES, INC., etc. <br><br> Defendant. | NO.  C 07 3206 BZ <br><br> SUPPLEMENTAL DECLARATION OF ATTORNEY MICHAEL J. CARROLL |

I, MICHAEL J. CARROLL, declare,

1. Since the hearing held on Plaintiff's Motion for Default Judgment on October 31, 2007 defendant did pay the sum of $2,000.00 on account. The check has cleared the bank. No additional payments have been made.

2. The original motion papers included an Exhibit 5, which showed the amounts due and unpaid in this case. The $2,000.00 since received were applied to the contribution amount due for March 2007, reducing that delinquency to $267.34. The total amount due has also been reduced.

3.  Plaintiff's respectfully request entry of default judgment in the following reduced amounts:

Principal

|  |  |
|---|---|
| Contributions | $5,233.40 |
| Liquidated damages | $1,446.68 |
| Interest | $ 291.66 |
| Attorney Fees | $ 540.00 |
| Costs | $ 430.00 |
| Total: | $7,941.74 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 2, 2008 at San Francisco, California.

Michael J. Carroll

SUPPLEMENTAL DECLARATION OF ATTY MICHAEL J. CARROLL                      2