1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) ) ) | No. C07-3206 BZ |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **REASSIGNMENT ORDER** |
| PACIFIC CONVENTION SERVICES, INC., | ) ) ) | |
| Defendant(s). | ) ) | |

In view of my Report and Recommendation dated January 9, 2008, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: January 9, 2008

*(signature)*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\NORTHWEST ADMINISTRATORS\REASSIGNMENT ORDER.wpd

1