IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

v.

PACIFIC CONVENTION SERVICES, INC.,

    Defendant.
_____/

No. C 07-03206 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The Court has reviewed Magistrate Judge Bernard Zimmerman's Report and Recommendation re Plaintiff's Motion for Default Judgment. In his Report and Recommendation, Magistrate Judge Zimmerman recommends that this Court grant the motion with respect to Plaintiff's request for damages, interest, and attorneys' fees and costs requested but deny the motion as to Plaintiff's request that the judgment reserve its right to audit Defendants for any period covered in this default judgment. There have been no objections filed thereto.

The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiffs' motion for default judgment against defendant Pacific Convention Services, Incorporated is GRANTED with respect to Plaintiff's request for damages, interest, and attorneys' fees and costs and DENIED as to Plaintiff's request that the judgment reserve its right to audit Defendant for any period covered in this default judgment.

///

///

1  Plaintiff is awarded $5,233.40 in damages, $1,446.68 in liquidated damages, $970.00 in
2  attorney's fees and costs, and $291.66 in prejudgment interest.
3  **IT IS SO ORDERED.**

5  Dated: February 6, 2008

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California