IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,                                              No. C 07-03206 JSW

    v.

PACIFIC CONVENTION SERVICES, INC.,       **JUDGMENT**

    Defendant.

      Pursuant to this Court's Order adopting Magistrate Judge Zimmerman's Report and Recommendation re: Plaintiff's motion for default judgment and granting default judgment in favor of Plaintiffs, judgment is HEREBY ENTERED in favor of Plaintiff and against Defendant in the amount of (1) $6680.08 in damages, (2) $291.66 in prejudgment interest, and (3) $970.00 in attorneys' fees and costs.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: February 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE